SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAMELA PAASO, TXSB# 24060371**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00300-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **MICHAEL JAMES TEEMAN,** | |
| **Defendant.** | |

**Introduction**

Defendant Michael Teeman struck Adult Victim 1 (AV1), his intimate partner, causing AV1 pain. The government joins the defendant in recommending a one-year term of probation and a $25 special assessment.

**Factual Background**

**A. The Offense Conduct**

On January 25, 2024, Warm Springs Tribal Police (WSPD) Officers were dispatched to a residence on the Warm Springs Indian Reservation in response to an assault. Police encountered Minor Witness (MW), the child of defendant and AV1, who reported that defendant and AV1

were fighting. AV1 told police that defendant woke AV1 and asked for a ride. When AV1 refused, the two began to argue. AV1 said defendant then elbowed AV1 in the head, and slapped AV1 in the face causing AV1 to fall to the floor. AV1 described feeling pain from the assault. AV1 was not transported to the hospital for treatment.

**B. The Charges**

Defendant was charged via Superseding Information with a single misdemeanor count of Assault by Striking, Beating or Wounding, in violation of 18 U.S.C. §§ 113(a)(4) and 1152.

**C. The Plea Agreement & Guideline Computations**

On July 8, 2026, defendant pled guilty plea to Count One of the Superseding Information. Pursuant to the plea agreement, the government will dismiss the defendant's counts in the original Indictment and, subject to the limitations set forth in the plea agreement, recommend that a one-year term of probation be imposed. The government agrees with the guideline computation in the Presentence Report (PSR).

**Government's Recommended Sentence**

Defendant argued with AV1 in the presence of their minor child, and slapped AV1 in the face causing pain. Defendant's criminal history includes previous misdemeanor convictions for assault, driving while intoxicated and driving with a suspended license. His pretrial performance has been inconsistent, with periods of employment and treatment engagement, followed by failure to engage with treatment providers and lack of communication with pretrial services. Supervision is appropriate in this case, whether in the form of probation or supervised release. A one-year term of probation will hold defendant accountable for his conduct while providing accountability and support from the U.S. Probation Office.

/ / /

**Victim Impact & Restitution**

The government has not received any victim impact statements (VIS) but anticipates the mother of the AV1 may make a statement at sentencing. If the government receives any VIS prior to sentencing, copies will be provided to the Court and defense upon receipt to fulfill its statutory obligations under the Crime Victims' Rights Act. *See* 18 U.S.C. § 3771(a)(4) (providing that victims shall have the "right to be reasonably heard at any public proceeding in the district court involving release, plea, [or] sentencing"); 18 U.S.C. § 3771(c)(1) ("Officers and employees of the Department of Justice . . . shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in [18 U.S.C. § 3771(a)]"). Any VIS will be presented on behalf of the victim.

The government has not received any restitution requests as of this date.

**Conclusion**

Based on the foregoing, the government joins the defense in recommending that this Court impose a one-year term of probation, subject to the standard and special conditions, and a special assessment in the amount of $25.

Dated: October 5, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney